IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KENNETH WAYNE ALEXANDER | § | |
| v. | § | CIVIL ACTION NO. 6:18cv594 |
| SMITH COUNTY SHERIFF'S OFFICE, ET AL. | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the motion for summary judgment filed by the Defendants Dr. White and Nurse Alejo (docket no. 59) is **GRANTED** and the claims against these Defendants are **DISMISSED WITH PREJUDICE**. Because this motion inures to the benefit of the Defendant Nurse Malia, the claims against her are **DISMISSED WITH PREJUDICE**. These are the last remaining Defendants in the case, and a final judgment will therefore be entered. All motions not previously ruled on are **DENIED**.

**SIGNED** this the **31** day of **August, 2020.**

Thad Heartfield
United States District Judge